ELIAS M. LOEW, Respondent, v. MATT SHELVEY, as National Administrative Director of American Guild of Variety Artists, Branch of Associated Actors and Artists of America, A. F. of L., Respondent. JIMMY SAVO, Appellant.— Order reversed, with $20 costs and disbursements to the appellant, and motion granted. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm. No opinion. Settle order on notice. [See 274 App. Div. 782.]

PREMIER LAUNDRY, INC., Respondent, v. ALFRED KLEIN et al., Appellants, et al., Defendants.— Order entered October 3, 1947, as modified by order entered October 15, 1947, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of BROOKLYN BRIDGE FREEZING & COLD STORAGE Co., Appellant, against FREDERICK H. VURMUHLEN, as Commissioner of the Department of Public Works of the City of New York, et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and motion granted to the extent of permitting examination of documents specified in the demand annexed to the petition excluding, however, any papers prepared for or by counsel to the City of New York for use in any action or proceeding to which the city is a party. (See *Matter of Ihrig* v. *Williams*, 181 App. Div. 865, affd. 223 N. Y. 670; *Matter of Rubel Corp.* [*McGann*], 295 N. Y. 639.) Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. JOELYN REALTY Co., INC., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

EMPREZA DE COMMERCIO SUL-AMERICANA, LTDS., Respondent, v. FIMEX, INC., et al., Defendants, and MID-STATE SALES Co., INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

HARRY W. LAUTER, Respondent, v. HAROLD LIFTON COMPANY, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

FAY A. LEWIS, Respondent, v. JOSEPH LEWIS, Appellant.— Order unanimously modified by reducing alimony to $1000 a month and counsel fee to $5,000 and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.